**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | In Proceedings |
| | ) | Under Chapter 13 |
| Peter Golucki | ) | |
| | ) | Case No. 25-16182 |
| | ) | |
| Debtor(s). | ) | Honorable Judge Timothy A. Barnes |

**OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**

NOW COMES BMW Bank of North America, by and through its undersigned attorney, on its Objection to Confirmation of Chapter 13 Plan, and in support thereof states as follows:

1. BMW Bank of North America has a security interest in one 2021 BMW X1 Utility 4D 28i 2WD, VIN WBXJG9C02MST37183, which was properly perfected by recording its lien on title. (Please see Exhibit A & B.)

2. Debtor proposed plan fails to provide for payment of BMW Bank of North America's secured claim with interest or for surrender of the motor vehicle.

3. BMW Bank of North America alleges the value of said vehicle is $14,750.00 pursuant to a NADA valuation. (Please see Exhibit C.)

4. BMW Bank of North America is requesting a minimum interest rate of 1.900%.

WHEREFORE, BMW Bank of North America respectfully requests this Court of entry of an Order denying confirmation and for such other and further relief as the Court deems just.

Respectfully submitted,

/s/ Chris H. Purcell

Chris H. Purcell
Sherman & Purcell, LTD
P.O. Box 67
Cary, ILLINOIS 60013
Phone: (312) 372-1487
shermlaw13@aol.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | In Proceedings |
| | ) | Under Chapter 13 |
| Peter Golucki | ) | |
| | ) | Case No. 25-16182 |
| | ) | |
| Debtor(s). | ) | Honorable Judge Timothy A. Barnes |

## NOTICE OF OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN
## AND CERTIFICATE OF SERVICE

*AN OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN HAS BEEN FILED.

Please be advised that the attached objection to confirmation of chapter 13 plan shall be presented on January 15, 2026, at 10:30 AM before the Honorable Timothy A. Barnes at Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604 pursuant to the notice generated by the court on January 07, 2026, to the following parties:

Via CM / ECF / NEF

Thomas H. Hooper
55 E. Monroe St., Suite 3850
Chicago, IL 60603
thomas.h.hooper@chicagoch13.com

Adam G. Brief
219 South Dearborn, Room 873
Chicago, IL 60604
Ustpregion11.es.ecf@usdoj.gov

James O Stola
3738 West Irving Park Road
Chicago, IL 60618
james@stolalaw.com

The objection was further served by depositing a printed copy into the US Mail on January 07, 2026, with postage prepaid at the address listed on the creditor matrix, upon the following parties, others not served:

Via US Mail

Peter Golucki
5 Long Cove Dr
Lemont, IL 60439

*/s/ Cathy Bush*
/s/ Cathy Bush
4515 N. Santa Fe Ave.,
Oklahoma City, OK 73118